FILED

04/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0700

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0700

_____

SKYLER WILLARD, LACIE WILLARD,
individually and on behalf of;
R.C.R.W., R.A.W., and A.L.W., minor
children,

        Plaintiffs and Appellees,

        v.

JOSEPH SCHMAUS, TRACI SCHMAUS,
and DOES 1-9,

        Defendants and Appellants.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 17 2024